# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00498 |
| TREVOR BROWN | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 6/24/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Clarke Burns*
*Complainant's signature*

Clarke Gardner Burns, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/25/2021

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*