UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-mj-498 (GMH) |
| : | |
| **TREVOR BROWN,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently schedule status hearing on November 12, 2021 be continued for good cause to January 20, 2022 at 1:00 p.m.; and it is further

**ORDERED** that the time between November 12, 2021 and January 20, 2022 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in the discovery process.

Date: November 12, 2021

THE HONORBALE ROBIN M MERIWEATHER
UNITED STATES MAGISTRATE JUDGE