# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-mj-498 (GMH) |
| : | |
| TREVOR BROWN, : | |
| : | |
| Defendant. : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on January 20, 2022 be continued for good cause to March 22, 2022 at 1 p.m.; and it is further

**ORDERED** that the time between January 20, 2022 and March 22, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will allow the parties additional time to review discovery.

_____
**G. MICHAEL HARVEY**
**U.S. MAGISTRATE JUDGE**