UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

        Defendant.

_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

<u>JOINT MOTION TO MOVE STATUS CONFERENCE TO JUNE 27th</u>

Now comes Todd Shanker, Counsel for Trevor Brown, and Christopher Amore, Assistant United States Attorney, and move the Court to reset the currently scheduled status conference/ascertainment of counsel hearing from June 29th at 1 p.m. to June 27th at either 9 a.m. or 4 p.m.   The parties agree on a preference for a 4 p.m. hearing but will fully comply with the time preferred and set by this Honorable Court.

        Respectfully Submitted,

<u>s/ Todd A. Shanker</u>
Assistant Federal Defender
613 Abbott Street, Suite 500
Detroit, MI 48226
Phone: (313) 967-5542
Email todd_shanker@fd.org

<u>s/ Christopher Amore</u>
Assistant U.S. Attorney
District of New Jersey
970 Broad Street, Ste. 700
Phone: (973) 645-2757
Email christopher.amore@usdoj.gov

Dated: June 22, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

        Defendant.
_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

CERTIFICATE OF SERVICE

I certify that the foregoing document was filed on June 22, 2022, using the CM/ECF system, resulting in service upon:

s/ Christopher Amore
Assistant U.S. Attorney
District of New Jersey
970 Broad Street, Ste. 700
Phone: (973) 645-2757
Email christopher.amore@usdoj.gov

s/ Todd Shanker

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

        Defendant.

_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

## **ORDER**

      This matter having come before the Court pursuant to a joint motion to move the status conference/ascertainment of counsel hearing from June 29th at 1 p.m. to June 27th at either 9 a.m. or 4 p.m., it is hereby ordered that the Joint Motion is granted, and the hearing will take place on June 27th at _____.

Date: June ___, 2022

                                                         _____
                                                         Colleen Kollar-Kotelly
                                                         United States District Court Judge