## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　v.<br><br>TREVOR BROWN,<br>　　　　Defendant. | Criminal Action No. 22-170 (CKK) |

**ORDER**
(July 20, 2022)

　　For the reasons stated in the accompanying Memorandum Opinion, it is hereby

　　**ORDERED**, that Defendant's *pro se* [34] "Motion to Dismiss, Lack of Jurisdiction, Declaratory Judgment, Tort Settlement" is **DENIED**.

　　**SO ORDERED**.

Dated: July 20, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge