IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      CR No. 1:22-cr-00170-CKK-1

v.      Washington, D.C.
     Monday, June 27, 2022

TREVOR BROWN,      4:00 p.m.

         Defendant.

- - - - - - - - - - - - - - - - - x

_____

TRANSCRIPT OF STATUS HEARING
HELD BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE
_____

APPEARANCES VIA VIDEOCONFERENCE:

For the United States:     Christopher Amore, Esq.
                       DOJ-USAO
                       District of New Jersey
                       970 Broad Street
                       Suite 700
                       Newark, NJ 07102
                       (973) 645-2757


For the Defendant:      Todd A. Shanker, Esq.
                       FEDERAL COMMUNITY DEFENDER OFFICE
                       Michigan
                       613 Abbott Street
                       Suite 500
                       Detroit, MI 48226
                       (313) 967-5542


Court Reporter:      Timothy R. Miller, RPR, CRR, NJ-CCR
                       Official Court Reporter
                       U.S. Courthouse, Room 6722
                       333 Constitution Avenue, NW
                       Washington, DC 20001
                       (202) 354-3111


Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

1          **P R O C E E D I N G S**

2          (Following proceedings under seal:)





























































* * * * * * * * * * * *

<u>CERTIFICATE OF OFFICIAL COURT REPORTER</u>

I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability, dated this 23rd day of July 2022.

Please note:  This hearing occurred during the COVID-19 pandemic and is, therefore, subject to the technological limitations of court reporting remotely.

/s/Timothy R. Miller, RPR, CRR, NJ-CCR
Official Court Reporter
United States Courthouse
Room 6722
333 Constitution Avenue, NW
Washington, DC 20001