UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 22-cr-170 (CKK) |
| | : | |
| TREVOR BROWN, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT STATUS REPORT CONCERNING DEFENDANT'S SEALED MOTION

In response to the Court's August 23, 2022 Minute Order directing the Government to indicate its position on the Sealed Motion (ECF No. 45) filed by the Defendant on August 23, 2022, the United States of America states as follows:

The Government is in receipt of the Defendant's Motion and accompanying document. The Government has no objection to the Motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Christopher D. Amore*
CHRISTOPHER D. AMORE
Assistant United States Attorney
Capitol Riots Detailee
NY Bar No. 5032883
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2757
Christopher.Amore@usdoj.gov