Dear Your Honor,   8-28

Additional update the CO's have informed us the building is so packed. The upper & lower Non-Quarantine levels people are sleeping on the floors on their mattress in the common areas or Because theres no room in the cells! No Rooms are gonna open up soon. This is torture. Literally. Bourrier's Lewis own definition states it. Anyone Deprived 23.5 hours a day & limited to 1 phone call a day will develop problems. Fact! As I stated before I humbly beseek you Mercy & Grace for PR Bond & Eval at home.

There is no reason for me to be here. They cannot help people. This environment is only damaging.

also Motion to get Expert Opinion from my personal Psychiatrist Shai Brosh who knows me more & longer than anyone & has