UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVOR BROWN,<br>       Defendant. | Criminal Action No. 22-170 (CKK) |

**ORDER**
(September 13, 2022)

The Court is in receipt of a letter dated September 7, 2022 from the Warden of the Metropolitan Correctional Center, a Bureau of Prisons facility where Defendant is currently undergoing a psychological evaluation pursuant to the Court's sealed [38] Order. By statute, Defendant's commitment to the Bureau of Prisons may not "exceed thirty days" upon his entering "the custody of the Attorney General." *See* 18 U.S.C. § 4247(b). However, the Bureau of Prisons may request an extension of no longer than fifteen days "upon a showing of good cause that the additional time is necessary to observe and evaluate [] [D]efendant." *Id.* By letter, the Warden requests such an extension.

The letter indicates that Defendant entered the facility on August 12, 2022 and was released from COVID-19 quarantine on August 30, 2022. In light of challenges related to remaining COVID-19 protocols, the Warden represents that the psychological evaluation may not be completed until October 14, 2021. The Court notes that an extension to that date will require multiple requests from the Warden pursuant to section 4247(b). At this time, however, the Court shall, upon good cause shown, grant a fifteen-day extension, counting from the date Defendant entered the custody of the Bureau of Prisons, August 12, 2022. The Court calculates

1

the new deadline for the evaluation's completion to be **September 26, 2022**. Should the Warden require an additional extension, as he evidently represents, he may submit such a request via email to Chambers at Kollar-Kotelly_Chambers@dcd.uscourts.gov. That request should be submitted expeditiously.

**SO ORDERED**.

Dated: September 13, 2022

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge