UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

       Defendant.
_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

JOINT MOTION TO MOVE STATUS CONFERENCE TO JUNE 27th

Now comes Todd Shanker, Counsel for Trevor Brown, and Christopher Amore, Assistant United States Attorney, and move the Court to reset the currently scheduled status conference/ascertainment of counsel hearing from June 29th at 1 p.m. to June 27th at either 9 a.m. or 4 p.m. The parties agree on a preference for a 4 p.m. hearing but will fully comply with the time preferred and set by this Honorable Court.

Respectfully Submitted,

s/ Todd A. Shanker
Assistant Federal Defender
613 Abbott Street, Suite 500
Detroit, MI 48226
Phone: (313) 967-5542
Email todd_shanker@fd.org

s/ Christopher Amore
Assistant U.S. Attorney
District of New Jersey
970 Broad Street, Ste. 700
Phone: (973) 645-2757
Email christopher.amore@usdoj.gov

Dated: June 22, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

        Defendant.

_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

CERTIFICATE OF SERVICE

I certify that the foregoing document was filed on June 22, 2022, using the CM/ECF system, resulting in service upon:

s/ Christopher Amore
Assistant U.S. Attorney
District of New Jersey
970 Broad Street, Ste. 700
Phone: (973) 645-2757
Email christopher.amore@usdoj.gov

                          s/ Todd Shanker

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

       Defendant.
_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

## **ORDER**

      This matter having come before the Court pursuant to a joint motion to move the status conference/ascertainment of counsel hearing from June 29th at 1 p.m. to June 27th at either 9 a.m. or 4 p.m., it is hereby ordered that the Joint Motion is granted, and the hearing will take place on June 27th at _____.

Date: June ___, 2022

 

Colleen Kollar-Kotelly
United States District Court Judge