UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

        Defendant.
_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

## JOINT MOTION TO ADJOURN COMPETENCY HEARING

Now comes Todd Shanker, Counsel for Trevor Brown, and Christopher Amore, Assistant United States Attorney, and move the Court to briefly adjourn the competency hearing scheduled for November 15th at 1 p.m. Counsel for Mr. Brown will be out of town from November 14th-16th. AUSA Amore has other case commitments in New Jersey from November 15th-17th. Both parties are amenable to having this hearing on November 21, 22, or 23, or soon thereafter.

                              Respectfully Submitted,

| | |
|---|---|
| s/ Todd A. Shanker | s/Christopher Amore & Craig Estes (w/permission) |
| Assistant Federal Defender | Assistant U.S. Attorneys |
| 613 Abbott Street, Suite 500 | District of New Jersey |
| Detroit, MI 48226 | 970 Broad Street, Ste. 700 |
| Phone: (313) 967-5542 | Phone: (973) 645-2757 |
| Email todd_shanker@fd.org | Email christopher.amore@usdoj.gov |

Dated: October 31, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

        Defendant.
_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

CERTIFICATE OF SERVICE

I certify that the foregoing document was filed on October 31, 2022, using the CM/ECF system, resulting in service upon:

s/ Christopher Amore & Craig Estes
Assistant U.S. Attorneys
District of New Jersey
970 Broad Street, Ste. 700
Phone: (973) 645-2757
Email christopher.amore@usdoj.gov
Email craig.estes@usdoj.gov

s/ Todd Shanker

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

       Defendant.

_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

## **ORDER**

      This matter having come before the Court pursuant to a Joint Motion to adjourn the competency hearing scheduled for November 15th, it is hereby ordered that the Joint Motion is granted, and the new hearing date will be _____.

Date: _____, 2022

                                                      Colleen Kollar-Kotelly
                                                      United States District Court Judge