AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  22-CR-00170-CKK |
| TREVOR BROWN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                           .

Date:  10/31/2022

/s/ Craig Estes
*Attorney's signature*

Craig Estes // MA BBO #670370
*Printed name and bar number*

John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

*Address*

craig.estes@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

*FAX number*