UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                              HON. COLLEEN KOLLAR-KOTELLY

v.

                              Case No. 22-cr-00170

TREVOR BROWN,

      Defendant.
_____/

## WAIVER OF IN-PERSON HEARING AND CONSENT TO PROCEED BY ZOOM

Understanding that I have a right to an in-person proceeding, I, Trevor Brown, agree to have my competency hearing proceed via Zoom on November 21st at 3 p.m.

 

_____
TREVOR BROWN
Central Virginia Regional Jail
13021 James Madison Highway
Orange, VA  22960

Date: _____