UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

Defendant.

_____/

HON. COLLEEN KOLLAR-KOTELLY

Case No. 22-cr-00170

## WAIVER OF IN-PERSON HEARING AND CONSENT TO PROCEED BY ZOOM

Understanding that I have a right to an in-person proceeding, I, Trevor Brown, agree to have my competency hearing proceed via Zoom on November 21st at 3 p.m.

_____
TREVOR BROWN
Central Virginia Regional Jail
13021 James Madison Highway
Orange, VA 22960

Date: 11-5-22