UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-CR-170-CKK |
| v. : | |
| : | |
| TREVOR BROWN, : | |
| : | |
| Defendant. : | |

NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Christopher Amore, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No.481052

*/s/ Christopher Amore*
CHRISTOPHER AMORE
NY Bar No. 5032882
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
601 D Street, NW
Washington, D.C. 20530
Telephone No. (973) 645-2757
Christopher. Amore@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Christopher Amore*
Christopher Amore
Assistant United States Attorney