UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

   *Plaintiff,*

   -v-         Case No. 22-CR-00170
                  HON. COLLEEN KOLLAR-KOTELLY

**TREVOR BROWN,**

   *Defendant.*

## Order to Continue
## Status Conference Date

The Court has considered the parties' stipulation and joint motion to continue the status conference date and for a finding that the time period from February 17, 2023, to the new status conference date set by the court, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from February 17, 2023 to the new status conference date set in this order is determined by the

Court to qualify as excludable delay under § 3161(h)(7). Specifically, the Court finds that:

- The defendant's counsel will be out of town and unavailable for the status conference on February 17, 2023.
- The next period of time that counsel for the defense and counsel for the government are both available is the week of February 27, 2023.
- As a result, failure to grant a continuance could lead to absence of counsel and thereby make a continuation of the proceeding impossible and result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

**IT IS THEREFORE ORDERED** that the time from February 17, 2022, to the new status conference date of _____, shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant.

HON. COLLEEN KOLLAR-KOTELLY
United States District Judge

Entered: