UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-00170 (CKK) |
| v.   : | |
| : | |
| TREVOR BROWN,   : | |
| : | |
| Defendant.   : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF RELEASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to Defendant's Motion to Modify Conditions of Release (Dkt. 63) as follows: in light of the report from Mr. Brown's supervising pretrial officer in the Eastern District of Michigan, the government does not object to modifying the conditions of home detention to permit him to participate in "pro-social" activities (as described by his mental health team) without the presence of his mother.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Craig Estes
CRAIG ESTES
Assistant United States Attorney
United States Attorney's Office for the
Massachusetts (detailed to USAO-DC)
Massachusetts Bar No. 670370
craig.estes@usdoj.gov
(617) 748-3100