UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff,

vs.           CR. NO. 22-cr-00170
              HONORABLE Colleen Kollar-Kotelly

TREVOR BROWN,

    Defendant.

_____/

## WAIVER OF SPEEDY TRIAL

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 USC §3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from April 28, 2023 to May 24, 2023. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

Defendant Trevor Brown
Date: 4-18-2023

Todd A. Shanker, Deputy Federal Defender

Counsel for Defendant
Date: 4-19-2023