UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVOR BROWN,<br><br>Defendant. | Criminal Action No. 22-170 (CKK) |

**ORDER**
(May 9, 2023)

Pending before the Court is Defendant's [67] *Ex Parte* Motion for Order Directing Payment of Transportation Expenses. Pursuant to 18 U.S.C. § 4285, Defendant requests that the Court order the United States Marshal to arrange for the payment of expenses related to Defendant's upcoming travel from Michigan to the District of Columbia for the May 24, 2023 hearing in this matter. Because Defendant is indigent, qualifying for Court-appointed representation, Defendant is eligible for such relief. However, the statute permits payment only for transportation to the District of Columbia, not for transportation from the District of Columbia back to Michigan. *See United States v. James*, 762 F. Supp. 1, 2 (D.D.C. 1991); Order, ECF No. 55, *United States v. MacAndrew*, Crim. A. No. 21-730 (CKK) (Dec. 30, 2022). As such, it is hereby

**ORDERED**, that Defendant's [67] *Ex Parte* Motion for Order Directing Payment of Transportation Expenses is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED**, that the United States Marshal shall pay for Defendant's travel expenses to appear in court on May 24, 2023, and for subsistence expenses during the time he is traveling to court. Defense counsel shall coordinate with the United States Marshal regarding the timing and means of Defendant's travel to the court and the nature of any such subsistence expenses.

**SO ORDERED.**

Dated: May 9, 2023

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　United States District Judge

1