UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 22-cr-170 (CKK) |
| | : | |
| TREVOR BROWN, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT STATUS REPORT CONCERNING PROPOSED PRETRIAL SCHEDULING ORDER

In response to the Court's May 25, 2023 Minute Order directing the parties to complete a pretrial scheduling template on or before June 16, 2023, the government respectfully files the attached proposed pretrial scheduling order for the Court's consideration. Counsel of record for the defendant has had an opportunity to review and edit the attached proposed pretrial scheduling order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

*/s/ Craig E. Estes*
CRAIG ESTES
Assistant United States Attorney

1