UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 22-00170 (CKK) |
| TREVOR BROWN, | |
| Defendant. | |

**PROPOSED PRETRIAL SCHEDULING ORDER**
(June 16, 2023)

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment       September 15, 2023
Aspirational date for grand jury decision re: superseding indictment           N/A
Government to complete discovery under any superseding indictment        N/A
Discovery motions (Fed. R. Crim. P. 16)                                                        September 15, 2023

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)                                                October 2, 2023
Defendant's expert notice (FRE 701 & 702)                                                   October 2, 2023
Government's FRE 404(b) notice                                                                  October 2, 2023
Defendant's response to FRE 404(b) notice                                                  October 9, 2023
*Brady* notice                                                                                                October 27, 2023

Experts
Expert reports (FRE 702)                                                                               October 27, 2023
Lay witness identification and subject matter (FRE 701)                              October 27, 2023

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment                                                 October 27, 2023
    Government's response to Defendant's non-evidentiary motions       November 17, 2023
    Defendant's reply as to non-evidentiary motions                                     December 1, 2023
Government's non-evidentiary pretrial motions                                            October 27, 2023
    Defendant's response to Government's non-evidentiary motions         November 17, 2023
    Government's reply as to non-evidentiary motions                                  December 1, 2023

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,

1

| | |
|---|---|
| such as motions to suppress evidence, or *Daubert* | October 27, 2023 |
|     Government's response to Defendant's evidentiary motions | November 17, 2023 |
|     Defendant's reply as to evidentiary motions | December 1, 2023 |
| Government's evidentiary pretrial motions, | |
| such as *Daubert* and other crimes (404(b)) | October 27, 2023 |
|     Defendant's response to Government's evidentiary motions | November 17, 2023 |
|     Government's reply as to evidentiary motions | December 1, 2023 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | December 1, 2023 |
| Responses to motions *in limine* | December 15, 2023 |
| Replies as to motions *in limine* | December 22, 2023 |
| Joint notice of stipulations | January 26, 2024 |
| *Giglio*, *Jencks*, and Rule 26.2 material | January 26, 2024 |
| *Voir Dire* and Jury Instructions | January 26, 2024 |

<u>Witness and Exhibit Lists</u>

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | January 26, 2024 |
| Defendant's witness list, exhibit list and exhibits | January 26, 2024 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge