**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> TREVOR BROWN, <br><br> Defendant. | Criminal Action No. 22-170 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(June 27, 2023)

*Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment         September 15, 2023
Aspirational date for grand jury decision re: superseding indictment        N/A
Government to complete discovery under any superseding indictment           N/A
Discovery motions (Fed. R. Crim. P. 16)                                     September 15, 2023

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)                                  October 2, 2023
Defendant's expert notice (FRE 701 & 702)                                   October 2, 2023
Government's FRE 404(b) notice                                              October 2, 2023
Defendant's response to FRE 404(b) notice                                   October 9, 2023
*Brady* notice                                                              October 27, 2023

Experts
Expert reports (FRE 702)                                                    October 27, 2023
Lay witness identification and subject matter (FRE 701)                     October 27, 2023

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment                                  October 27, 2023
    Government's response to Defendant's non-evidentiary motions   November 17, 2023
    Defendant's reply as to non-evidentiary motions                December 1, 2023
Government's non-evidentiary pretrial motions                               October 27, 2023
    Defendant's response to Government's non-evidentiary motions   November 17, 2023
    Government's reply as to non-evidentiary motions               December 1, 2023

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,

1

| | |
|---|---|
| such as motions to suppress evidence, or *Daubert* | October 27, 2023 |
|     Government's response to Defendant's evidentiary motions | November 17, 2023 |
|     Defendant's reply as to evidentiary motions | December 1, 2023 |
| Government's evidentiary pretrial motions, | |
| such as *Daubert* and other crimes (404(b)) | October 27, 2023 |
|     Defendant's response to Government's evidentiary motions | November 17, 2023 |
|     Government's reply as to evidentiary motions | December 1, 2023 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | December 1, 2023 |
| Responses to motions *in limine* | December 15, 2023 |
| Replies as to motions *in limine* | December 22, 2023 |
| Joint notice of stipulations | January 26, 2024 |
| *Giglio*, *Jencks*, and Rule 26.2 material | January 26, 2024 |
| *Voir Dire* and Jury Instructions | January 26, 2024 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | July 8, 2024 |
| Defendant's witness list, exhibit list and exhibits | July 8, 2024 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial is tentatively set for **July 29, 2024**.

**SO ORDERED.**

                                                  COLLEEN KOLLAR-KOTELLY
                                                United States District Judge