| | |
|---|---|
| **From:** | Trevor Brown |
| **To:** | Todd Shanker; tom@fleenerlaw.com |
| **Subject:** | Please don't do anything further. |
| **Date:** | Wednesday, June 14, 2023 3:36:17 PM |

**EXTERNAL SENDER**

Hey Todd thank you for everything but please don't file anything for trial. Tom will be my new attorney. He will be taking over so you are not my attorney anymore.

The funds aren't an issue at all, we are just working out final details. Thank you.

--

> **MKX is the #1 Vape Brand in the State of Michigan,**
> **With The Biggest Distribution and Shelf Space in the State.**
> **We use only The Best Caregiver and Licensed Distillate *Testing 90%+*.**
> **5-7% Natural Terpene's is then added to the Distillate to give the Flavor Profile.**
> **We Only Use The Finest in Product & Packaging; While Still Always Being Committed to**
> **Keeping our Prices Below our Competitors to Truly offer a Patient > Profits Program.**
>
> **Trevor Brown**
> **Regional Manager**
> **810-931-1385**
>
> 
>
> "The Standard in Potency and Purity."