UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Case No. 22-cr-170-CKK |
| TREVOR BROWN<br>*Defendant.* | ) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Eden Quainton, who was admitted to this Court, hereby enters his appearance as co-counsel for TREVOR BROWN.

Dated: June 27, 2023

Respectfully Submitted,

/s/_Eden P. Quainton_____
EDEN P. QUAINTON
QUAINTON LAW PLLC
D.C. Bar No. NY0318
2 Park Ave., 20 th Fl.
New York, NY 10016
212-419-0575
eden.quainton@quaintonlaw.net

### CERTIFICATE OF ELECTRONIC SERVICE

The undersigned counsel certifies that on June 27, 2023, the foregoing document was filed through the CM/ECF system and thereby served electronically on all parties.

/s/ Eden P. Quainton