**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cr-170 |
| | ) | |
| BROWN | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE
SCHEDULED FOR JULY 7, 2023**

TO THE COURT:

New Counsel has entered appearances for Defendant Trevor Brown and has been in communication with the Government regarding the upcoming status conference scheduled for July 7, 2023. Counsel for Defendant Brown hereby requests that the status conference be continued until the week of August 7, 2023. Counsel conferred with the Government and the Government is not opposed to a continuance.

Mr. Brown agrees to exclude time for Speedy Trial Act purposes.

Dated: July 3, 2023

Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross, Esq.
BAR ID: MD 0126
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com


attorneymariar@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

July 3, 2023

/s/ Jonathan Gross