# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:22-cr-170 |
| ) | |
| BROWN ) | |
| _____) | |

## JOINT STATUS REPORT

The Government and Defendant are unable to arrive at a plea agreement. The parties will continue to engage in discussions and will inform the Court of any changes prior to the status conference on August 18, 2023, at 4:30 p.m. A copy of this report was provided to counsel of record for the Government, who has assented to its filing.

Dated: July 14, 2023                                        Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross, Esq.
BAR ID: MD 0126
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

July 14, 2023

/s/ Jonathan Gross