**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TREVOR BROWN,<br><br>Defendant. | Criminal Action No. 22-170 (CKK) |

**AMENDED PRETRIAL SCHEDULING ORDER**
(September 15, 2023)

In light of the Government's unopposed [85] Motion to Amend the Pretrial Scheduling Order, Defendant's consent thereto, and upon good cause shown, the Court **GRANTS** the [85] Motion to Amend the Pretrial Scheduling Order and sets the deadlines below.

|  | *Deadlines* |
|---|---|
| Discovery & Associated Deadlines | |
| Government to complete any final discovery under present indictment | March 25, 2024 |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | N/A |
| Discovery motions (Fed. R. Crim. P. 16) | March 25, 2024 |
| | |
| Expert Notices & Other Crimes Evidence | |
| Government's expert notice (FRE 701 & 702) | April 8, 2024 |
| Defendant's expert notice (FRE 701 & 702) | April 8, 2024 |
| Government's FRE 404(b) notice | April 8, 2024 |
| Defendant's response to FRE 404(b) notice | April 15, 2024 |
| *Brady* notice | April 29, 2024 |
| | |
| Experts | |
| Expert reports (FRE 702) | April 29, 2024 |
| Lay witness identification and subject matter (FRE 701) | April 29, 2024 |
| | |
| Non-Evidentiary Pretrial Motions | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | May 6, 2024 |
|     Government's response to Defendant's non-evidentiary motions | May 20, 2024 |
|     Defendant's reply as to non-evidentiary motions | May 27, 2024 |
| Government's non-evidentiary pretrial motions | May 6, 2024 |
|     Defendant's response to Government's non-evidentiary motions | May 20, 2024 |

1

| | |
|---|---|
| Government's reply as to non-evidentiary motions | May 27, 2024 |

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*             May 6, 2024
    Government's response to Defendant's evidentiary motions    May 20, 2024
    Defendant's reply as to evidentiary motions    May 27, 2024
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))    May 6, 2024
    Defendant's response to Government's evidentiary motions    May 20, 2024
    Government's reply as to evidentiary motions    May 27, 2024

Motions in Limine
Motions *in limine* by both sides    June 3, 2024
Responses to motions *in limine*    June 10, 2024
Replies as to motions *in limine*    June 17, 2024

Joint notice of stipulations    June 24, 2024

*Giglio*, *Jencks*, and Rule 26.2 material    June 24, 2024

*Voir Dire* and Jury Instructions    June 24, 2024

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits    July 8, 2024
Defendant's witness list, exhibit list and exhibits    July 8, 2024

Trial    July 29, 2024

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge