# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>TREVOR BROWN,<br><br>        Defendant. | Criminal Action No. 22-170 (CKK) |

# ORDER
(January 4, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, the Court shall **GRANT IN PART** and **DENY IN PART** Defendant's [84] Motion for a Bill of Particulars. In particular, the Court shall require the Government to produce a bill of particulars clarifying whether the "acts" underlying Defendant's civil disorder charge involve his speech or his physical conduct, or both.

**Dated:** January 4, 2024

                                              /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge

1