UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| :                            | |
| v.                         : | CASE NO. 22-cr-170 (CKK) |
| :                            | |
| TREVOR BROWN,              : | |
| :                            | |
| Defendant.                 : | |

**GOVERNMENT'S STATEMENT OF INFORMATION ORDERED IN THIS CASE**

The United States of America respectfully files this Statement of Information as ordered by the Court in ECF filings 90 and 91.

Count One of the indictment reads:

> On or about January 6, 2021, within the District of Columbia, **TREVOR BROWN** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.
>
> (**Civil Disorder and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 231(a)(3) and 2).

ECF Dkt. 30 at 1 (emphasis in original). The government intends to argue that the acts underlying defendant's civil disorder charge involve his physical conduct, although the Government specifically reserves the right to introduce evidence of the defendant's speech and statements to prove the charges of the indictment, including but not limited to the charge of civil disorder.

//

//

//

//

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/ Craig Estes
       CRAIG ESTES
       Assistant United States Attorney
       United States Attorney's Office for the
       District of Columbia (detailee)
       Massachusetts Bar No. 670370
       craig.estes@usdoj.gov

       /s/ Julie Bessler
       JULIE BESSLER
       Assistant United States Attorney
       United States Attorney's Office for the
       District of Columbia
       Pennsylvania Bar No. 328887
       Julie.bessler@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the Court using the ECF system, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

                                      /s/ Craig E. Estes
                                      CRAIG E. ESTES
                                      Assistant United States Attorney