## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:22-cr-170 |
| ) | |
| BROWN ) | |
| ) | |

### NOTICE OF EXPERT WITNESS

Defendant Trevor Brown, by and through counsel, hereby files this Notice of Expert Witness and notifies the Government of his intent to call Sergeant Anthony Fawaz as an expert witness during trial of the above captioned case.

Sergeant Fawaz is an experienced law enforcement officer and owner of Detroit Jiu Jitsu Academy. The Government has indicated that they intend to bring as evidence a facebook post allegedly made by Mr. Brown that stated "The world is a stage & Jiu jitsu saved my life many times tonight."

Sergeant Fawaz will testify as to how the art of Jiu Jitsu is a defensive martial art that uses the path of least resistance to cause minimal damage to others.

Sergeant Fawaz will base his opinions on his education, training, and experience as summarized in his CV, as well as a review of the evidence provided by the Government in discovery, and the evidence admitted at trial. Sergeant Fawaz will provide expert testimony regarding how training in Jiu Jitsu can save a person's life and is meant for self defense and the use of Jiu Jitsu is not an indicator of aggression.

| | |
|---|---|
| Dated: April 8, 2024 | Respectfully submitted, |
| | /s/ Jonathan Gross<br>Jonathan Gross, Esq.<br>BAR ID: MD 0126<br>2833 Smith Ave, Suite 331<br>Baltimore, MD 21209<br>(443) 813-0141<br>jonathansgross@gmail.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

April 8, 2024

/s/ Jonathan Gross