<b><u>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA</u></b>

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:22-cr-170 |
| ) | |
| BROWN ) | |
| ) | |

<b>NOTICE OF EXPERT WITNESS</b>

Defendant Trevor Brown, by and through counsel, hereby files this Notice of Expert Witness and notifies the Government of his intent to call Trevor Brown as an expert witness during trial of the above captioned case.

Mr. Brown is a four striped blue belt in Jiu Jitsu martial arts and has studied the art under several renowned instructors over the course of many years.

The Government has indicated that they intend to bring as evidence a facebook post allegedly made by Mr. Brown that stated "The world is a stage & Jiu jitsu saved my life many times tonight."

Mr. Brown will testify as to how the art of Jiu Jitsu teaches how to stay calm in stressful and chaotic situations and environments; how to remain peaceful and disciplined when surrounded by people who are not acting peacefully; and how to navigate safely through dangerous environments while protecting others from danger.

Mr. Brown will base his opinions on his education, training, and experience as summarized in his CV, as well as a review of the evidence provided by the Government in discovery, and the evidence admitted at trial. Mr. Brown will provide expert testimony regarding how training in Jiu Jitsu can save a person's life by remaining peaceful in a stressful and chaotic situation like the one that occurred on January 6, 2021.

|  |  |
|---|---|
| Dated: April 8, 2024 | Respectfully submitted, |
|  | /s/ Jonathan Gross |
|  | Jonathan Gross, Esq. |
|  | BAR ID: MD 0126 |
|  | 2833 Smith Ave, Suite 331 |
|  | Baltimore, MD 21209 |
|  | (443) 813-0141 |
|  | jonathansgross@gmail.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

April 8, 2024

/s/ Jonathan Gross