# CV of Trevor Brown

## Jiu Jitsu Four Stripe Blue Belt

**Education and Training:**

- Dan Cousineau, Dragon Karate, Lapeer, MI (2007 - 2015)

- Dan Agemy, Detroit Jiu Jitsu Syndicate (2012 - 2017)

- Attended World Training Camp at Detroit Jiu Jitsu Academy

- Multiple extensive training sessions, including one on one and small groups over a period of several years with some of the greatest Jiu Jitsu artists, including:

  Roberto "cyborg" Abreu
  Alex Martin
  Lucas Phinero

**Experience:**

- Competed at the International Brazilian Jiu Jitsu Federation (IBJJF) World Tournament in California

- Competed in the Michigan Jiu Jitsu Open Tournament

- Coached other competitors for tournaments

- Taught private lessons