# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:22-cr-170 |
| ) | |
| BROWN ) | |
| ) | |

## NOTICE OF EXPERT WITNESS

Defendant Trevor Brown, by and through counsel, hereby files this Notice of Expert Witness and notifies the Government of his intent to call Trevor Brown as an expert witness during trial of the above captioned case.

Mr. Brown is a four striped blue belt in Jiu Jitsu martial arts and has studied the art under several renowned instructors over the course of many years.

The Government has indicated that they intend to bring as evidence a facebook post allegedly made by Mr. Brown that stated "The world is a stage & Jiu jitsu saved my life many times tonight."

Mr. Brown will testify as to how the art of Jiu Jitsu teaches how to stay calm in stressful and chaotic situations and environments; how to remain peaceful and disciplined when surrounded by people who are not acting peacefully; and how to navigate safely through dangerous environments while protecting others from danger.

Mr. Brown will base his opinions on his education, training, and experience as summarized in his CV, as well as a review of the evidence provided by the Government in discovery, and the evidence admitted at trial. Mr. Brown will provide expert testimony regarding how training in Jiu Jitsu can save a person's life by remaining peaceful in a stressful and chaotic situation like the one that occurred on January 6, 2021.

Dated: April 8, 2024            Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross, Esq.
BAR ID: MD 0126
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

April 8, 2024

/s/ Jonathan Gross

CV of Trevor Brown

Jiu Jitsu Four Stripe Blue Belt

**Education and Training:**

- Dan Cousineau, Dragon Karate, Lapeer, MI (2007 - 2015)

- Dan Agemy, Detroit Jiu Jitsu Syndicate (2012 - 2017)

- Attended World Training Camp at Detroit Jiu Jitsu Academy

- Multiple extensive training sessions, including one on one and small groups over a period of several years with some of the greatest Jiu Jitsu artists, including:

    Roberto "cyborg" Abreu
    Alex Martin
    Lucas Phinero

**Experience:**

- Competed at the International Brazilian Jiu Jitsu Federation (IBJJF) World Tournament in California

- Competed in the Michigan Jiu Jitsu Open Tournament

- Coached other competitors for tournaments

- Taught private lessons