# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br> )<br>v. )<br> )<br>BROWN )<br>_____ ) | Case No. 1:22-cr-170 |

## NOTICE OF EXPERT WITNESS

Defendant Trevor Brown, by and through counsel, hereby files this Notice of Expert Witness and notifies the Government of his intent to call Sergeant Anthony Fawaz as an expert witness during trial of the above captioned case.

Sergeant Fawaz is an experienced law enforcement officer and owner of Detroit Jiu Jitsu Academy. The Government has indicated that they intend to bring as evidence a facebook post allegedly made by Mr. Brown that stated "The world is a stage & Jiu jitsu saved my life many times tonight."

Sergeant Fawaz will testify as to how the art of Jiu Jitsu is a defensive martial art that uses the path of least resistance to cause minimal damage to others.

Sergeant Fawaz will base his opinions on his education, training, and experience as summarized in his CV, as well as a review of the evidence provided by the Government in discovery, and the evidence admitted at trial. Sergeant Fawaz will provide expert testimony regarding how training in Jiu Jitsu can save a person's life and is meant for self defense and the use of Jiu Jitsu is not an indicator of aggression.

Dated: April 8, 2024                                         Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross, Esq.
BAR ID: MD 0126
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

April 8, 2024

/s/ Jonathan Gross

**Sergeant Anthony Fawaz**

**Jiu Jitsu Expert**

- Sergeant and Deputy Director of Mayor Michael E. Duggan's Executive Protection Unit

- Police Sergeant from May 2000 - present

- Co-Owner Detroit Jiu-Jitsu Academy

- Second Degree Black Belt. Attained Black Belt in 2016

- Received training in:
    - Executive protection
    - Mobile field force
    - Anti terrorism
    - advanced weapons

- Testified in dozens of trials