**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>BROWN. | Civil Case No. 1:22-cr-170 |

**EXPERT OPINION OF TREVOR BROWN**

My name is Trevor Brown. I am a four-stripe blue belt in Jiu Jitsu. I have been training Jiu Jitsu since I was approximately 16 years old. I am 31 almost 32 now. I intend to testify about Jiu Jitsu and specifically, the role Jiu Jitsu can play in a crisis situation. My expert opinion supports my own statement in a facebook quote where I stated that Jiu Jitsu saved my life, in that it shows how knowledge of Jiu Jitsu can be lifesaving in a crisis situation and promotes the safety of others.

**Summary of Opinion**

My Overall opinion in this matter is that Jiu Jitsu helps one stay calm and collected with rational thinking even under the most extreme circumstances and pressures. It is a peaceful art that is used by practitioners to promote safety of oneself and others especially in crisis situations.

**Qualifications**

I am qualified as an expert based on my 14+ years of training, with some of the most famous and respected jiu jitsu experts in the sport.

**Evidence Reviewed**

In preparation of this report, I reviewed the Government's statement of facts. I also based my opinion on my personal recollections of the events.

**Methodology in Writing this Report**

I reviewed the statement of facts and my own recollection of the days of events. I conclude that I used Jiu Jitsu in a manner consistent with its intended purpose, which is to promote the safety of others. I have never testified as an expert before, so I requested that my attorney provide a template for this report, which he did. The template included the bold topic headings and I filled in the rest.

**Conclusion**

Based on my review as discussed in this report, it is my opinion that Jiu Jitsu is a peaceful art, and that I used it on January 6, 2021, to promote the safety of myself and others around me, including law enforcement.

I declare under penalty of perjury that the foregoing is true and correct, and if called as a witness would testify competently thereto.

Dated: April 29, 2024

/s/ Trevor Brown

Trevor Brown