UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TREVOR BROWN,

Defendant.

Criminal No. 22-170 (CKK)

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**
(June 21, 2024)

|  | *Deadlines* |
|---|---|
| **Discovery & Associated Deadlines** | |
| Government to complete any final discovery under present indictment | March 25, 2024 |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | N/A |
| Discovery motions (Fed. R. Crim. P. 16) | March 25, 2024 |
| | |
| **Expert Notices & Other Crimes Evidence** | |
| Government's expert notice (FRE 701 & 702) | April 8, 2024 |
| Defendant's expert notice (FRE 701 & 702) | April 8, 2024 |
| Government's FRE 404(b) notice | April 8, 2024 |
| Defendant's response to FRE 404(b) notice | April 15, 2024 |
| *Brady* notice | April 29, 2024 |
| | |
| **Experts** | |
| Expert reports (FRE 702) | April 29, 2024 |
| Lay witness identification and subject matter (FRE 701) | April 29, 2024 |
| | |
| **Non-Evidentiary Pretrial Motions** | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | May 6, 2024 |
|     Government's response to Defendant's non-evidentiary motions | May 20, 2024 |
|     Defendant's reply as to non-evidentiary motions | May 27, 2024 |
| Government's non-evidentiary pretrial motions | May 6, 2024 |
|     Defendant's response to Government's non-evidentiary motions | May 20, 2024 |
|     Government's reply as to non-evidentiary motions | May 27, 2024 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | May 6, 2024 |
|     Government's response to Defendant's evidentiary motions | May 20, 2024 |
|     Defendant's reply as to evidentiary motions | May 27, 2024 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | May 6, 2024 |
|     Defendant's response to Government's evidentiary motions | May 20, 2024 |
|     Government's reply as to evidentiary motions | May 27, 2024 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | June 3, 2024 |
| Responses to motions *in limine* | June 10, 2024 |
| Replies as to motions *in limine* | June 17, 2024 |
| Joint notice of stipulations | July 10, 2024 |
| *Giglio*, *Jencks*, and Rule 26.2 material | July 10, 2024 |
| Jury Instructions | July 10, 2024 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | July 8, 2024 |
| Defendant's witness list, exhibit list and exhibits | July 10, 2024 |

Hearings

| | |
|---|---|
| Status Hearing | July 17, 2024 |
| Pretrial Conference | July 26, 2024 |

Trial

| | |
|---|---|
| | July 29, 2024 |

**SO ORDERED.**

                                                     /s/
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge