# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:22-cr-170 |
| ) | |
| BROWN ) | |
| _____ ) | |

## CONSENT MOTION FOR BENCH TRIAL AND WAIVER OF JURY TRIAL

Defendant Trevor Brown, by and through his undersigned counsel, files this Consent Motion for Bench Trial pursuant to Federal Rule of Criminal Procedure ("FRCP") 23(a).

FRCP 23(a) states that if a defendant is entitled to a jury trial, such as Mr. Brown, the right to a jury trial may be waived, and the trial may proceed via a bench trial, provided that "(1) the defendant waives a jury trial in writing; (2) the government consents; and (3) the court approves."

Mr. Brown now submits this Motion to the Court explicitly waiving his right to a jury trial in the above matter. Undersigned has conferred with opposing counsel, who consents to Mr. Brown's jury trial waiver and Motion for a bench trial. The parties respectfully requests that the Court approve Mr. Brown's waiver and Motion for Bench Trial.

Respectfully submitted, the 23rd day of June, 2024.

Dated: June 23, 2024                                    Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

1

2

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon all parties listed on the ECF system.

/s/ Jonathan Gross