**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| UNITED STATES | ) | |
| v. | ) | Case No. 1:22-cr-170 |
| BROWN | ) | |

**DEFENDANT'S EXHIBIT LIST**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received into Evidence | Stipulating Witness |
|---|---|---|---|---|
| 101 | BWC with filter | | | |
| 102 | BWC with filter | | | |

1