**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:22-cr-170 |
| ) | |
| BROWN ) | |
| ) | |

**STATUS REPORT REGARDING EXPERT WITNESS FOR INSANITY DEFENSE**

Defendant Trevor Brown, by and through counsel, hereby files this status report, pursuant to the Court's minute order entered on July 24, 2024.

On July 23, 2024, a status conference was held. The Court granted permission to Defendant to retain an expert to assess the appropriateness of a potential insanity defense, and if such a defense were appropriate, to prepare a supporting expert evaluation and report.

The Court requested that Defendant submit a status report by August 23, 2024 "updating the Court as to the status of Defendant's potential insanity defense." A status conference was set for September 3, 2024.

As of the date of this filing, Defendant has retained an expert forensic psychologist. The expert was provided with and reviewed relevant documents related to the case as well as the forensic evaluation report dated October 20, 2022, prepared pursuant to the Court's order. The expert met with Defendant. Defendant's attorneys then met with and are engaged in continuing discussions with the expert. There may be the need for some further document review and possibly a second meeting with the Defendant.

By the status conference on September 3, 2024, Defendant will know for certain and inform the Court whether he intends to assert an insanity defense, and if so, a report will be prepared and ready for production to the Court and the Government by that date.

Dated: August 20, 2024                                  Respectfully submitted,

/s/ Eden P. Quainton
Eden P. Quainton
Quainton Law PLLC
2 Park Ave., 20 th Fl.
New York, NY 10015
Tel: (212) 419-0575
Fax: (212) 376.5699
eden.quainton@quaintonlaw.net


/s/ Jonathan Gross
Jonathan Gross, Esq.
BAR ID: MD 0126
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

August 20, 2024

/s/ Jonathan Gross