**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:22-cr-170 |
| ) | |
| BROWN ) | |
| _____ ) | |

**DEFENDANT'S STATUS REPORT**

Defendant has reviewed the government's proposed amendment to the scheduleing order filed on September 24, 2024, and concurs with the proposed schedule set forth therein.

Dated: October 1, 2024                      Respectfully submitted,

/s/ Eden P. Quainton
Eden P. Quainton
Quainton Law PLLC
2 Park Ave., 20 th Fl.
New York, NY 10015
Tel: (212) 419-0575
Fax: (212) 376.5699
eden.quainton@quaintonlaw.net


/s/ Jonathan Gross
Jonathan Gross, Esq.
BAR ID: MD 0126
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served via the Court's ECF filing system.

/s/ Jonathan Gross