**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:22-cr-170 |
| ) | |
| BROWN ) | |
| ) | |

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____    Date: 12/12/2024
Defendant

*Jonathan Gross*    Date: 12/12/24
Counsel for Defendant

I consent:

*Sean J. Brennan*    Date: 12/12/24
Assistant United States Attorney

Approved:

_____
Judge

1