UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-cr-00170 (CKK) |
| v. : | |
| : | |
| TREVOR BROWN, : | |
| : | |
| Defendant. : | |

**STIPULATIONS OF THE PARTIES**

I.  **Authenticity of Evidence**

The United States of America and defendant Trevor Brown, by and through their attorneys, agree and stipulate that the following evidence is authentic, in that it is what it purports to be. By this agreement, the parties reserve the right to object to the introduction of evidence on other grounds, including relevance under Federal Rules of Evidence 401 and 403, hearsay, and other bases.

A. <u>Body-worn camera footage from MPD officers taken on January 6, 2021</u>: the parties agree that the footage (including Exhibits 301 through 309) is authentic and the time stamps are accurate.

B. <u>U.S. Capitol Police CCTV footage</u>: the parties agree that the footage (including Exhibits 401 through 410) is authentic and the time stamps and marked locations of CCTV cameras are accurate.

C. <u>Social Media records from Facebook and Instagram</u>: the parties agree that defendant Trevor Brown operated the Facebook account under the name Trevor Brown and the account number 523691402, and that the posts made by that account (including Exhibits 501 through 536) were created and posted by the defendant. In addition, the parties agree that the defendant Trevor Brown operated the Instagram

account under the name Trevaabrown and the account number 274499532, and that posts made by that account (including Exhibits 550 through 554) were created and posted by the defendant.

D. <u>Third-party videos and photos taken on January 6, 2021</u>: the parties agree that the photos and videos marked as Exhibits 211 through 233 are authentic photos and videos taken by members of the crowd in and near the U.S. Capitol grounds on January 6, 2021.

E. <u>Sound-equalized videos from body-worn camera footage</u>: the parties agree that the videos marked as Defense Exhibits A and B are authentic copies of MPD body-worn camera footage from January 6. The defense used equalizing software to lower certain sound frequencies and boost other sound frequencies to amplify certain sounds while making other sounds quieter. No other alterations have been made to the videos and the edited sounds are authentic.

## II.  **Admission of Prior Testimony**

The parties agree to the admission of the transcript of testimony by U.S. Secret Service Inspector Lanelle Hawa in the trial of *United States v. Jesus D. Rivera*, No. 1:21-cr-00060-CKK, on June 14, 2022, and the corresponding exhibits discussed and introduced during that testimony. Those materials are marked as Exhibits 1 through 5.

The parties further agree to the admission of the transcript of testimony by U.S. Capitol Police Captain Carneysha Mendoza in the trial of *United States v. Jesus D. Rivera*, No. 1:21-cr-00060-CKK, on June 14, 2022, and the corresponding exhibits discussed and introduced during that testimony. Those materials are marked as Exhibits 6 through 14.

### III.     Factual Stipulations

The United States of America and defendant Trevor Brown, by and through their attorneys, agree and stipulate that the following facts are true beyond a reasonable doubt.

    a.    On the afternoon of January 6, 2021, between around 1:00 pm and at least 5:00 pm, there was a "civil disorder" on the West Plaza of the U.S. Capitol as that term is used in 18 U.S.C. § 231.

    b.    The civil disorder occurring at that time obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

    c.    The West Plaza and the entrance to the U.S. Capitol at the West Plaza were part of the U.S. Capitol Buildings and Grounds within the meaning of 40 U.S.C. § 5104(e)(2)(D) and, on the afternoon of January 6, that area was "restricted" within the meaning of 18 U.S.C. § 1752(a)(1) and (2).

### IV.     Identity of Trevor Brown

The defendant Trevor Brown was present at the U.S. Capitol grounds on the afternoon of January 6, 2021. The screenshots below depict Trevor Brown as he appeared on that day.








Respectfully submitted,

For the United States:

BRIDGET M. FITZPATRICK
Acting United States Attorney
D.C. Bar No. 474946

*/s/ Emily W. Allen*
EMILY W. ALLEN
Assistant U.S. Attorney
SARAH WILSON ROCHA
Trial Attorney

For the Defendant:

TREVOR BROWN
Defendant

*/s/ Jonathan Gross*
EDEN QUAINTON
JONATHAN GROSS
Counsel for Trevor Brown